## ARNOLD *v.* WATER POWER AND MINING COMPANY.

FISH, C. J.  The evidence upon the preliminary hearing being conflicting, there was no abuse of discretion in refusing to grant an interlocutory injunction.  *Judgment affirmed.  All the Justices concur.*
APRIL 12, 1916.

Petition for injunction.  Before Judge Jones.  Lumpkin superior court.  January 6, 1916.

*R. H. Baker* and *H. H. Perry,* for plaintiff.

*W. A. Charters* and *O. J. Lilly,* for defendant.

---

## ELLINGTON *et al. v.* AUTOMOBILE CREDIT SALES COMPANY.

ATKINSON, J.  The Automobile Credit Sales Company commenced an action, by attachment for purchase-money, against C. W. Ellington, J. S. Ellington, and V. L. Williams.  The defendants filed an answer, which was amended.  The plaintiff demurred to the answer as amended, and on the hearing the demurrer was sustained, and the plaintiff was allowed to proceed to verdict and judgment against the defendants.  The defendants filed a direct bill of exceptions, in which error was assigned specifically on the judgment sustaining the demurrer to the answer; but there was no assignment of error upon the final judgment in the case.  *Held,* that the writ of error must be dismissed.  *Lyndon* v. *Georgia Railway &c. Co.,* 129 *Ga.* 353 (3), 354 (58 S. E. 1047).  See also *Carpenter* v. *First National Bank,* 13 *Ga. App.* 497 (79 S. E. 360).
*Writ of error dismissed.  All the Justices concur.*
APRIL 12, 1916.

Attachment; from Cobb superior court.  Motion to dismiss.

*Gober & Jackson* and *H. B. Moss,* for plaintiffs in error.

*Moore & Branch* and *Herbert Clay,* contra.